IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Zachary Whited, | Case No. 5:24cv2199 |
| Plaintiff, | JUDGE PAMELA A. BARKER |
| -vs- | Magistrate Judge Amanda M. Knapp |
| Commissioner of Social Security, | MEMORANDUM OPINION AND ORDER |
| Defendant. | |

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Amanda M. Knapp (Doc. No. 12), recommending that the decision of the Commissioner be vacated and remanded pursuant to 42 U.S.C. § 405(g), sentence four. The Commissioner filed a Response indicating that he would not be filing Objections. (Doc. No. 13.) For the following reasons, the Report and Recommendation (Doc. No. 12) is ADOPTED. The decision of the Commissioner is VACATED and the case is REMANDED for further consideration consistent with the Report & Recommendation.

I. **Background**

On December 18, 2024, Plaintiff Zachary Whited filed a Complaint (Doc. No. 1) challenging the final decision of the Defendant Commissioner of Social Security ("Commissioner"), denying his applications for Child's Insurance Benefits ("CIB") and Supplemental Security Income ("SSI") under the Social Security Act, 42 U.S.C. §§ 416(i), 423, and 1381 *et seq*. ("Act"). Pursuant to Local Rule 72.2(b), the case was referred to Magistrate Judge Knapp.

On November 24, 2025, the Magistrate Judge issued a Report and Recommendation, in which she found that she was unable to meaningfully review the ALJ's decision to determine whether it was supported by substantial evidence because the ALJ failed to sufficiently explain why she (i.e., the ALJ) did not provide for assistance in learning new tasks and/or time to transition to task changes in the RFC, as contemplated in the state agency psychological opinions. (Doc. No. 12.) For this reason, the Magistrate Judge recommended that the decision of the Commissioner denying Plaintiff's applications for benefits be vacated and the case remanded for further proceedings consistent with the Report & Recommendation. (*Id*.) Objections to the Report and Recommendation were to be filed within 14 days of service, i.e., by no later than December 8, 2025. On November 26, 2025, the Commissioner filed a Response indicating that he would not be filing Objections. (Doc. No. 13.)

**II.     Standard of Review**

The applicable standard of review of a Magistrate Judge's Report and Recommendation depends upon whether objections were made to that report. When objections are made, the district court reviews the case *de novo*. Specifically, Federal Rule of Civil Procedure 72(b) states in pertinent part:

> The district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instruction.

Although the standard of review when no objections are made is not expressly addressed in Rule 72, the Advisory Committee Notes to that Rule provide that "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72, Advisory Committee Notes. Moreover, in *Thomas v. Arn*,

474 U.S. 140, 150 (1985), the United States Supreme Court explained that "[i]t does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."

### III. Analysis and Conclusion

Here, as stated above, no objections were filed to the Report and Recommendation of Magistrate Judge Knapp that the decision of the Commissioner be vacated and the case remanded. This Court has nonetheless carefully and thoroughly reviewed the Report and Recommendation and agrees with the findings set forth therein. The Report and Recommendation of Magistrate Judge Knapp (Doc. No. 12) is, therefore, ADOPTED. The decision of the Commissioner denying Plaintiff's applications for CIB and SSI is VACATED and the case is REMANDED for further proceedings consistent with the Report & Recommendation.

**IT IS SO ORDERED.**

Date: December 1, 2025

　*s/Pamela A. Barker*　
PAMELA A. BARKER
U. S. DISTRICT JUDGE